IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARTIN WARNER,
    Plaintiff,

vs.                                    CASE NO.: 3:10cv541/LAC/CJK

CAPTAIN EALUM, et al.,
    Defendants.
_____

## REPORT AND RECOMMENDATION

This cause is before the court upon plaintiff's civil rights complaint filed pursuant to 42 U.S.C. § 1983. Plaintiff was advised that if he wished to pursue the matters raised in his complaint, he must pay the $350.00 filing fee or submit a completed motion to proceed *in forma pauperis* with supporting documentation (doc. 3). Plaintiff failed to comply and an order to show cause was entered giving plaintiff fourteen (14) days in which to file a notice of intent to proceed, and either pay the filing fee or file an *in forma pauperis* motion (doc. 4). Plaintiff responded by stating that he did not intend to file his complaint as a new case (doc. 5). Plaintiff, however, was advised that reinstatement of a previously dismissed case would not be allowed, and he was given another opportunity to file a notice of intent to proceed and either pay the $350.00 filing fee or file an *in forma pauperis* application (doc. 6). Having received no response from plaintiff, a show cause order was entered giving plaintiff one last opportunity to comply (doc. 8). To date, plaintiff has filed no response advising of his inability to comply with this court's previous orders.

Accordingly, it is respectfully RECOMMENDED:

That this case be dismissed without prejudice for plaintiff's failure to prosecute and failure to comply with orders of the court.

At Pensacola, Florida, this 2nd day of May, 2011.

/s/ *Charles J. Kahn, Jr.*
CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE

NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of objections shall be served upon the magistrate judge and all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).